**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2269**

———————

JUDITH E. SELIG,

                                    Plaintiff - Appellant,

        versus

LOUIS P. BATSON COMPANY; BATSON YARN & FABRIC
MACHINERY GROUP,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CA-98-1495-6-13AK)

———————

Submitted:  February 29, 2000        Decided:  March 14, 2000

———————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Judith E. Selig, Appellant Pro Se.  Phillip Arthur Kilgore, Michael
Stuart Pitts, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, Greenville,
South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Judith E. Selig appeals the district court's order granting summary judgment to Defendants in this action alleging violations of the Americans with Disabilities Act.  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See <u>Selig v. Louis P. Batson Co.</u>, No. CA-98-1495-6-13AK (D.S.C. Aug. 20, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>